SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>           Plaintiff,<br><br>      vs.<br><br>Gregory W. Sutter, et al<br><br>           Defendants | Case No. **2:10-cv-01787-WBS-GGH**<br><br>**ORDER RE: STIPULATED DISMISSAL** |

  IT IS HEREBY ORDERED THAT this action be and is hereby dismissed With Prejudice pursuant to FRCP 41 (a)(2).

Date:  August 18, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE